**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ANTOINET'TE CLARKE, | ) | |
| | ) | CASE NO. 1:25-cv-00807-MRB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE: MICHAEL R. BARRETT |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), David A. Wallace, trial attorney for Equifax Information Services LLC, in the above-referenced action, hereby moves the court to admit Jennifer R. Brooks, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Equifax Information Services LLC.

Movant represents that Jennifer R. Brooks is a member in good standing of the highest courts of California, Texas, and Nevada as attested by the accompanying certificates from those courts and that Jennifer R. Brooks is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Jennifer R. Brooks's relevant identifying information is as follows:

Jennifer R. Brooks
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
Telephone: (469) 608-6730

Respectfully submitted,

/s/ David A. Wallace
David A. Wallace (0031356)
Tyler K. Ibom (0085928)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100 (Telephone)
(614) 365-9145 (Facsimile)
wallace@carpenterlipps.com
ibom@carpenterlipps.com
*Attorneys for Defendant*
*Equifax Information Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was filed electronically on June 2, 2026. Notice was also sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ David A. Wallace
*One of the Attorneys for Defendant*
*Equifax Information Services LLC*