**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Antoinette Clark,

      Plaintiff,

         v.                             Case No.  1:25-cv-00807

Equifax Information Services, LLC,         Judge Michael R. Barrett

      Defendant.

## ORDER

A review of the docket in this matter reveals that Plaintiff has failed to file a response in opposition to Defendant's Motion to Dismiss (Doc. 12) by the deadline of June 10, 2026.  Plaintiff is hereby **ORDERED** to show cause **on or before June 17, 2026** as to why Defendant's motion should not be construed as unopposed, warranting dismissal of her First Amended Complaint (Doc. 11) pursuant to Fed. R. Civ. P. 12(b)(6).

      **IT IS SO ORDERED.**

                                  s/*Michael R. Barrett*
                                 Michael R. Barrett, Judge
                                 United States District Court