# U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO (CINCINNATI)

ANTOINETTE CLARKE

   *Plaintiff,*           Case No. 1:25-cv-00807-MRB

                 **JURY TRIAL DEMANDED**

Vs.

                 Judge Michael R. Barrett

EQUIFAX  INFORMATION SERVICES LLC

   *Defendant.,*

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME

Plaintiff, through counsel, respectfully submits this Response to the Court's Order to Show Cause and respectfully requests leave to file Plaintiff's Response in Opposition to Defendant's Motion to Dismiss out of time.

Counsel sincerely apologizes to the Court for failing to file a timely response. The failure to respond was neither intentional nor the result of bad faith, disregard of this Court's orders, nor any attempt to delay these proceedings.

Counsel did not receive service of or notice of Defendant's Motion to Dismiss and, as a result, was unaware that the motion had been filed or that a response deadline had been triggered. Counsel first became aware of the pending motion and the Court's Order to Show Cause on July 8, 2026, after reviewing the docket.

Upon discovering the issue, Plaintiff's counsel immediately contacted Defendant's counsel to determine whether Defendant would oppose a motion for leave to file Plaintiff's response out of time. Although the issue was raised promptly upon its discovery, the parties were unable to reach an agreement before this filing.

Additionally, Plaintiff's counsel had been in communication with Defendant's counsel regarding this matter before discovering the Motion to Dismiss, yet at no point during those communications was it mentioned that the Motion to Dismiss had been filed or that a response deadline had been triggered.

Had counsel been served with or otherwise received notice of Defendant's Motion to Dismiss, Plaintiff would have timely filed a response. Counsel has consistently intended to diligently prosecute this action on its merits and has never intended to allow Defendant's motion to go unanswered.

Because counsel only recently became aware of the pending motion, counsel has not yet had a reasonable opportunity to prepare a substantive response addressing Defendant's arguments. Accordingly, Plaintiff respectfully requests leave to file a response out of time and requests a brief extension of three (3) days from the Court's ruling on this Response, or until such other date as the Court deems appropriate, to prepare and file Plaintiff's memorandum in opposition.

Granting this limited extension will not prejudice Defendant. The requested extension is brief, was sought immediately after counsel discovered the issue, and will permit the Court to consider Defendant's Motion to Dismiss on its merits rather than by

procedural default. The requested relief will simply allow both parties to fully present their respective arguments before the Court rules on the pending motion.

Plaintiff respectfully submits that these circumstances constitute excusable neglect. The failure to timely respond resulted from counsel's lack of service of and notice of Defendant's Motion to Dismiss, not from any willful disregard of this Court's deadlines or procedures. Upon discovering the issue, counsel acted promptly and in good faith by reviewing the matter, contacting opposing counsel, and promptly seeking leave from this Court before preparing and filing Plaintiff's opposition.

Under these circumstances, Plaintiff respectfully requests that the Court discharge its Order to Show Cause, decline to treat Defendant's Motion to Dismiss as unopposed, grant Plaintiff leave to file a response out of time, and allow Plaintiff three (3) days from the Court's ruling on this Response, or such other time as the Court deems appropriate, to file Plaintiff's memorandum in opposition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find that Plaintiff has satisfied the Court's Order to Show Cause, decline to treat Defendant's Motion to Dismiss as unopposed, grant Plaintiff leave to file a response out of time, and allow Plaintiff three (3) days from the Court's ruling on this Response, or such other time as the Court deems appropriate, to file Plaintiff's memorandum in opposition.

Respectfully submitted,
/s/ Joshua Evans
Joshua Evans, Esq. (Bar No. 98007)
Attorney for Antoinette Clarke

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>8th</u> day of July, 2026, a true and correct copy of the foregoing **Plaintiff's Response to the Court's Order to Show Cause and Motion for Leave to File Response Out of Time** was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 8th, 2026

Respectfully submitted,

<u>/s/ Joshua Evans</u>

Joshua Evans, Esq. (Bar No. 98007)

Attorney for Plaintiff Antoinette Clarke

791 E. McMillan Street, Suite 235

Cincinnati, Ohio 45206

Email: AttorneyjoshE@gmail.com

Phone: (513) -405-4562